In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
JUL - 2 2014
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Rodney Alverson #132431
Plaintiff

vs.

Ms. Copland;
Corizon Medical Services;
Nurse Giles;
Stephanie Atchison;
Mrs. Davenport;
Kim Thomas;
Warden ~~Thomas~~ Boyd; Warden Crow; Warden Billups.
Defendants.

Case Number #:
2:14-cv-648-WKW
To be supplied by Clerk

**DEMAND FOR JURY TRIAL**

## I. Jurisdiction

1. This is a Civil Action brought to by the plaintiff according to 42 U.S.C § 1983 giving jurisdiction to this Honorable Court so that the plaintiff may be redressed for the wrongs done to him by the defendants whom acted under the Color of State Law.

## II. Plaintiff

2. The plaintiff, Rodney Alverson 132431 is a

①

prisoner of the State of Alabama Department of Correction's confined at the Draper Correctional Facility located at 2828 Hwy 143, Elmore, Alabama 36025.

## III. Defendants

3. Defendant Corizon Medical Services is the Medical service that tends to all prison inmate's medical need's and are also responsiable for all inmate's medical need's.

4. MS. Copland is the Medical Administrator for the Corizon Medical Services, she is responsabile for all inmates medical needs and to insure that all inmates receive the helth care they need.

5. Nurse Giles is a Nurse employed by the Corizon Medical Services and is also assigned to screen sick call request for all inmates at the Draper Correctional facility.

6. Stephanie Atchison is employed by the Alabama Department of Corrections Classification Division in Montgomery, Alabama at 301 South Ripley St. 36130. She is responsabile for the Classification of inmates of the Alabama Department of Correction's

7. Mrs Davenport is a Classification official and is employed by the Alabama Department of Correction's, and assigned to the Draper Corr facility and is responsiable of the Classification of Inmates at that facility

8. Kim Thomas is the Prison Commissioner for the Alabama Department of Corrections, he is legaly responsabile for all the operations of each prison facility and for the safty and welfare of each prison inmate of each prison facility under his controll, he is located at 301 South Ripley St. Montgomery, Alabama 36130.

9. Warden ~~Thomas~~ Boyd is the Warden of the Draper Correctional facility and is employed by the Alabama Department of Corrections, he is legally responsiable for the operation of the Draper facility and for the Safty and Welfare of each inmate confined at that facility, located at 2828 Alabama Hwy 143 Elmore, Alabama 36025.

10. Warden Crow is the assistant Warden of the Draper Correctional facility and is also employed by the Alabama Department of Corrections, he is also responsabile for the operation of the Draper facility and for the Safty and welfare of all inmate's Confined at that facility located at 2828 Alabama Hwy 143, Elmore, Alabama 36025.

11. Warden Billups is Warden at the Kilby Correctional facility, at the time of some event's herein was the acting assistant warden of the Draper Correctional facility and responsabile for the operation of the Draper Correctional facility and for the safty and welfare of all inmates of that facility and is employed by the Alabama Department of Corrections.

12. Each defendant is being sued individually whom acted in thier official capicity and acted under the color of State law.

## IV. Fact's

13. Sometime in January thru February 2014, the plaintiff came infected with Scabies which causes physical body damage.
14. based on this infection, plaintiff filed out several medicial sick call slips based on ~~tching~~ itching because of the Scabies mite, to be treated by the Corizon medical services.
15. based on these sick call slips, the plaintiff was seen several times by Nurse Giles whom did refuse to treat the plaintiff for Scabies.
16. However after about 3 or 4 more week's the plaintiff after more sick call slips was seen by Dr. Adams who treated the plaintiff for Scabies on March 5th 2014. and gave the plaintiff a protocall stop up for clean cloths and bedding.
17. On March 5th 2014 after Dr. Adams had the plaintiff treated for Scabies, defendant's Kim Thomas, Worden ~~Thomas~~ Boyd and Warden Crow did refuse to follow Dr Adams protocall giving the plaintiff clean cloths and bedding that was not infected with the Scabies mite, these

⑤

defendant's refused to give the plaintiff clean cloths and bedding on March 5th 2014 as Instructed by Dr. Adams, because of the overcrowding here at the Draper Correctional facility because when plaintiff went to the laundry room to get these items, Officer Grant informed the plaintiff that she could not get to plaintiff due to the large admount of request sent in by other inmates for cloths.

18. Plaintiff was forced to buy bleach from other inmate's to rid his cloth's of the Scabies mite. with this and Dr Adams treatment, plaintiff was cured of the Scabies infection by the middle of March 2014 around the 15th.

19. By the end of March 2014, the plaintiff was again infected with the Scabies mite, and was seen by Dr Mendez on April 1st 2014 and was treated for Scabies that day along with after treatment.

20. The Draper Correctional facility is overcrowded with over 1200 inmate's, and is at 190% capacity.

21. For the last 2 years thier's been a large, a very large Number of inmates to become infected with the Scabies mite

22. and several dorms here at Draper has been under quorteen do to the large Number of Inmates infected with the Scabies mite.

23. The fact is, is that the defendant's can not

⑤

controll the Scabies infection at Draper because of the overcrowded conditions, and this is why the plaintiff came infected with the Scabies mite, twice.

24. Because of Nurse Giles mis diagnoses of the plaintiff with Scabies and prolonged treatment, Scabies got into the plaintiff's ear's, and has damage to his left eardrum diafram, almost all the time plaintiff only hears static in his left ear and after several sick call request and grievances.

25. The Corizon Medical Services and Ms Copland refuse to have plaintiff to be seen by a ear, nose or throught doctor an E.N.T a specialist to treat ear problems.

26. Not only is the Draper Correctional facility overcrowded, but it is also understaffed which does create safty and Health issues, putting inmate's lives in danger.

27. The Draper Correctional facility is also unsanitary and presents safty hazards, as the dorm plaintiff is in C-dorm, this dorm constantly has busted suwer pipes and standing raw suwer water on the floor at the urnidls, and will remain like this untill the tial floor is completely replaced.

28. The way that the defendant's, Warden's Crow, and Warden ~~Thomas~~ Boyd and Kim Thomas wash inmate's Cloth's is a Health problum and causes Health problums and is one part reason why inmate's are infected with Scabies.

29. at Draper all inmates can only wash thier underCloth's once a week by placing them in a lawndoy bag to be cleaned and washed.

30. because of this, inmates are forced to were dirty underwere for up to 6 Six days at a time because the State of Alabama Department of Correction's only issue to inmates 2 T-Shirt's, 2 under Short's, and 2 pair of Socks every 6 months and if an inmate has more then this, then inmates are forced to keep dirty Cloth's in thier possession for 6 Six day's at a time that causes bad Smell's within the dorm's and is a Safe haven for the Scabies mite.

31. inmate's were able to wash thier own cloth's but the defendant's have stoped selling washing powder and wont allow inmates to hang any Cloths to dry.

32. here at the Draper Correctional facility, defendant's Warden Boyd, Crow and Kim Thomas only allow 3 or 4 minuits for inmate's to eat Chow, this is due to the overcrowding of this facility, this is and has caused health problums to inmate's when they have to hurry up and eat because these defendant's don't give inmate's enough proper time to completely

⑧

finish thier meal before being ordered to leave the chow hall. this has caused plaintiff rectum damage. and lately sents S-up D-dorm eats last, inmate's are given even less time to eat within 2 or 3 minoits.

33. This feeding time limit causes inmate's to either gulp thier food without proper chewing or either they just quit eating and exit the chow hall and this is because of the over crowded conditions.

34. Hear at Draper defendants Warden's Boyd, Crow and Kim Thomas. have mandatory yard call's wheather permitting. this mandatory yard call is for all inmates other than thoes on the dorm's clean up crew's.

35. during these yard calls, more than 1.000 inmate's are forced outside during the Summar months with No Shade when the tempeture is over 80 or 90 degrees, and with only 1# toilet to serve this Number of inmates and these defendants refuse to ever furnish toilet paper to these inmates during this typ of yard call. this creates punishment along with health problums. furthermore during this mandatory yard call, inmates have no place to properly Sit other than on a ant infested brick wall or on the ground. and this mandatory yard call is based on the overcrowded prison conditions here at Draper.

36. here at the Draper facility thier's a large number of inmate's that are Sexually assaulted, and

⑧

⑨

this is based on the overcrowded prison conditions here at Draper.

37. Even to date, report's of sexual assaults ARE NOT handeled properly if at all, given victom's no closure.

38. In or about October 2012 as an example, plaintiff reported a sexual assault to defendant Billup's and to a LT Philway concerning inmate Thomas Bell whom was sexually assaulted.

39. What happend inmate Bell never received any closeure, because this reported sexual assault was never handeled properly or by trained personell, and for these reasons inmate's that are sexually assaulted or threatend with sexual assuelts are affraid to come forward. which puts inmate's safty at risk.

40. Inmate Thomas Bell for the above became a well known homosexual before he E.O.S ed August 2013. and defendent's Boyd, and Thomas and Billup's are the cause of this.

41. There are 6 six dorm's here at Draper that are used for inmate's in population dorm's A,B,C,F,G, H and I, one dorm that is considered population also is dorm(D) but used as a disciplinary dorm.

42. Dorm's C and D are not vented properly and only these 2 dorms are extremely hot and are about 30 degree's hotter than all other dorm's which is causeing health problem's.

43. and D dorm is even hotter than C dorm because D dorm is above C dorm and heat rise's, this is crule and unusual punnishment by it's self. because inmates can't get any proper sleep at night to properly work or perform thier duty's the following day.

44. The plaintiff has in the past filed several civil action's against some of the same defendants, and sents his fileing of these civil action's, plaintiff has been retaliated against because of this.

45. Thier's 4# correctional officer's whom are directly retailating against the plaintiff for his fileing of law suit's, (2) two of which has made smart remarks about these civil suit's being Sargent's Parker and Pettaway, however plaintiff has not named these as defendants because thier actions are directly approved by defendants Warden Boyd, Warden Crow and Kim Thomas. who know of the retailation and allow it to continue

46. defendants Warden's Boyd and Crow along with Kim Thomas allow correctional officers under thier controll to write inmates bogas write up's that arent ever violation of any rules or regulation's just so they can retaliate against inmates for what ever reason, in plaintiff's case, for his fileing of law suit's.

47. On October 30th 2013 plaintiff was excorted to the shift office by a Sargent Parker and

questioned about sending coffee and tobacco to inmates in D dorm, plaintiff denied being involved. at which Sargent Parker called plaintiff a lier and he and Sargent Boyd told plaintiff to pack his property to be placed into D. dorm and as the plaintiff was exiting the shift office Sargent Parker made a coment stateing (Sue me i don't care and i don't like the suits you have filed anyway).

48. at this time plaintiff was excorted to F-dorm by officer Rogers whom shook plaintiff down and officer Rogers took from plaintiff 4# bags of coffee, 6# packs of Top Tobacco and 3# packs of Newport Cigarette's. plaintiff tried to explain to officer Rogers that plaintiff don't get money and this prison money was from plaintiff's radio work. officer Rogers then threatend to write plaintiff up for tradeing and bartering for receiveing payments from inmates for doing radio repair, but yet plaintiff has several time's received payments from other correctional officers for fixing thier headset's for thier radios.

49. Warden Crow disaproved of the disciplinary report plaintiff received on October 30th 2013 but at this same time allow's the retaliation. because based on the disciplinary report, plaintiff lost his livelyhood (his money) lost his job in the kittchen and was taken out of the cell he was doing good in F. dorm.

50. The fact is, that defendants Warden Boyd, Crow and Kim Thomas know that Sgt's Boyd, Parker and Pettaway used this bogas disciplinary to retailate against

the plaintiff for plaintiff's fileing of past lawsuits against prison officials. or [if] not the plaintiff would of been given back what he had before the disciplinary was wrote as all other inmates.

51. defendants Warden Crow, Warden Boyd and Kim Thomas are them self's retailating against the plaintiff for fileing law suit's and are treating the plaintiff much diffrently than other inmates that has never filed any civil action's whom has also has recent disciplinary's and less than 2yr clear record. these defendant's denie plaintiff:

(A) entry into the faith based dorm.
(b). entry into the wood Hobby Craft Shop.
(c) entry back into F-dorm.
(d) placement back to Kittchen duty.
(e) refuse plaintiff a job in the furnature plant.
(f) force plaintiff to remain in C-dorm as a way to keep plaintiff down and out.
(g) refuse plaintiff any other job requested other than a dorm cleaner

52. Any other inmate's receive these above bennefit's even after plaintiff has maintained a 4yr 10, mo clear record. and defendant Warden Crow can give one excuse after another not to afford plaintiff these bennifit's which excusses arn't even logicial.

53. In other words, defendants Warden Boyd, Warden Crow and Kim Thomas will keep plaintiff in

C-dorm to keep plaintiff down, they will continue to denie plaintiff a job at the furnature plant and plaintiff's parole date has nothing to do with it because some inmate's has been working in the furnature plant for over 5 yr. these defendant's will continue to denie plaintiff a space in the wood shop even after plaintiff has requested a space for the past 2 year's.

54. Plaintiff has made request for a transfer from Draper for year's, and several time's has been put in for a transfer to Staton, However defendant Davenport stoped plaintiff's last request for a transfer approved by central records; defendant's Kim Thomas along with Warden Boyd and defendants Davenport and Stephanie Atchison all refuse to transfer the plaintiff away from Draper as retaliation for the plaintiff's fileing of law suit's, and to also keep plaintiff at Draper so these said defendant's can continue to retaliate against the plaintiff.

55. The fact is, is that these defendants are treating the plaintiff much diffrently then other inmate's that have not filed any law suits against any correctional officials, and have made smart coment's about the plaintiff fileing suits in Federal Court.

56. One other issue is the Staton Health Care Unit which is staffed by the Corizon Medical Services is it's self under staffed at Staton which health care unit is responsiable for treating inmates

that are confined at 3# other prison facilities other than Staton.

57. Furthermore, the Corizon Medical Service staff at the Staton health care unit are not properly trained or licesend to treat inmates for certian illnesses or are not properly trained or licsened to dionose illnesses. and is not properly staffed to handel the 4,000 pluss inmates at these facilities.

## V. Legal Claims

58. The defendants as foresaid retailiating against the plaintiff for his fileing of law suit's and denieing the plaintiff privilages afforded other inmate's does violate the plaintiff's 1st, 6th and 14th Amendment right's to the United States Constitution and denies the plaintiff meaningfull access to the Court's, this also violates the plaintiff's 14th Amendment right to the United States Constitution and violates the Due Process Clause of the 14th Amendment and also denies plaintiff the Equal Protection of the law in violation of the 14th Amendment to the United States Constitution.

59. The defendants as foresaid retailating against the plaintiff for his fileing of law suit's and dendeing him the privilages afforded other inmate's for this reason is also in violation of plaintiffs 8th Amendment right to the United States Constitution

60. The foresaid prison conditions at the Draper Correctional facility and the overcrowding is in violation of the plaintiff's 8th Amendment right to the United States Constitution and amounts to Crule and Unusual punnishment which the overcrowded conditions has affected the plaintiff and has caused the plaintiff irrepairable harm.

61. Nurse Giles who is not properly trained and did refuse and fail to treat plaintiff for haveing the Scabies infection which prolonged the Scabies infection caused plaintiff to have hearing problems and problems with plaintiff's left ear drum. this is deliberate indifference to Serious medical needs in violation of the plaintiff's 8th and 14th Amendment rights to the United States Constitution and amounts to Crule and Unusual punnishment.

62. Corizon Medicial Services and defendant Copeland refuseing to treat the problems plaintiff is haveing with his left ear along with haveing plaintiff not being examined by a trained ear doctor is in violation of the plaintiff's 8th and 14th Amendment rights to the United States Constitution and is deliberate indifference to Serious Medicial needs, and amounts to Crule and Unusual punnishment.

63. The Corizon Medicial Services being understaffed and haveing staff treat inmates by mis-treatment

of inmates illnesses is in violation of plaintiffs 8th and 14th Amendment rights to the United States Constitution and is deliberate indefference to serious medicial needs and amounts to Crule and Unusual punishment and denies and violates the Due Process and equal protection Clauses of the 14th Amendment to the United States Constitution.

64. According to the reverand Whiting, plaintiffs two 2nd applications for placement into the Faith Based dorm being 7# Cell, (H-dorm) were denied, unexplained, this violated the plaintiffs 1st and 14th Amendment rights to the United States Constitution and denies plaintiff his freedom of reglion and is also in violation of equal protection and Due Process in violation of the 14th Amendment to the United States Constitution.

65. The overcrowded Conditions here at the Draper Correctional facility and the way this facility is operated has caused the plaintiff irrepadrable damage to his rectum and ear's with hearing loss this is in violation of the plaintiffs 8th Amendment right to the United States Constitution and amounts to Crule and Unusual Punishment.

## V Relief Sought

66. Wherefore based on the foresaid facts plaintiff

Respectfully move's this Most Honorable Court to grant him the following requested relief for Justice to be done.

67. A declaratory judgement that the defendant's act's violated the plaintiff's rights under the United States Constitution.

68. A permanet injunction that eliminates the said overcrowding at the Draper Correctional facility.

69. A permanet injunction that the defendant's improve all liveing conditions at the Draper Correctional facility.

70. A preliminary injunction that has the Corizon Medicial Services have the plaintiff's left ear properly examined by a trained ear doctor.

71. Punitive damages in amount of $1.000.000.00 one million dollars paid to the plaintiff by each named defendant separetely and severaly.

72. Compenstory damages in amount of $1.000.000.00 one million dollars paid to the plaintiff by each named defendant separetely and severaly.

73. attorney fee's.

74. A trial by jury on all issues triable by jury.

75. Such other end relief that this Honorable Court deem's just and proper in this case and cause for Justice to be done.

Dated July 1st 2014

Respectfully Submitted
by x Rodney Alverson 132431
2828 Alabama Hwy 143
Elmore, Alabama
36025

## Verification

I the plaintiff the under signed Rodney Alverson do hereby certify under the penalty of perjury that the foresaid fact's in this complaint are true and correct and I truly belive them to be true and correct under the penalty of perjury

Respectfully Submitted
by x <u>Rodney Alverson 132431</u>
plaintiff

Rodney Alverson
AIS #132431 C1-25A
DCC
2828 Alabama Hwy 143
Elmore, Alabama
36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

LEGAL USE ONLY

Clerks Office
The United States District Coe
Middle District of Alabam
P.O. Box 711
Montgomery, Alabama
36101-0