IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODNEY ALVERSON, #132431,       )
                                )
          Plaintiff,            )
                                )
     v.                         )     CASE NO. 2:14-CV-648-WKW
                                )
MS. COPELAND, *et al.*,         )
                                )
          Defendants.           )

## ORDER

On August 4, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 36.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. It is further ORDERED that Plaintiff's motion for preliminary injunction filed on July 2, 2014, is DENIED and that this action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 26th day of August, 2014.

              /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE