IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, #132431, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-648-WKW |
| | ) |
| MS. COPELAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 8, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 40.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. It is further ORDERED that Plaintiff's motions for preliminary injunction filed on July 17, 2014 (Doc. # 17), July 18, 2014 (Doc. # 22), and July 24, 2014 (Doc. # 24) are DENIED, and that this action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 16th day of September, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE