IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON, #132431, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2-14-CV-648-WKW |
| MS. COPELAND, *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER**

On December 12, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 53). Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 14th day of January, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE